## Elmer C. Krauter, Appellant, v. Robert S. Adler et al., Appellees.

### Gen. No. 43,133.

opinion filed February 13, 1946; rehearing denied March 1, 1946; released for publication March 8, 1946. Winston, Strawn & Shaw, for appellant; George B. Christensen and Edward J. Wendrow, of counsel; Michael F. Ryan, for appellees. Opinion by JUSTICE LEWE. Not to be published in full.